

141 A.3d 135

*Granted July 11, 2016*

Accokeek, Mattawoman, Piscataway Creeks Communities Council v. Public Service Comm'n—Pet. Docket No. 145 *—granted. Reported below: 227 Md.App. 265, 133 A.3d 1228.

Frederick Classical Charter School v. Frederick Co. Bd. of Educ.—Pet. Docket No. 142 *—granted. Reported below: 227 Md.App. 439, 134 A.3d 376.

In re Cody H.—Pet. Docket No. 161 *—granted. Opinion of the Court of Special Appeals unreported (No. 1190, Sept. Term, 2015).

State of Maryland et al. v. Falcon et al.—Pet. Docket No. 183 *—granted. Pending in the Court of Special Appeals (No. 539, Sept. Term, 2016).

*Denied July 12, 2016*

Adams, Kevin v. State of Maryland—Pet. Docket No. 158 *—denied. Application for leave to appeal denied by the Court of Special Appeals (No. 1446, Sept. Term, 2015).

Balderrama v. Lockheed Martin—Pet. Docket No. 155 *—denied. Reported below: 227 Md.App. 476, 134 A.3d 398.

Beasley v. Beasley—Pet. Docket No. 132 *—denied. (No. CAL15-04365, Circuit Court for Prince George's County.)

Boston Scientific Corp. v. Mirowski Family Ventures—Pet. Docket No. 156 *—denied. Reported below: 227 Md.App. 177, 133 A.3d 1176.

Bowling, Joshua Paul v. State of Maryland—Pet. Docket No. 152 *—denied. Reported below: 227 Md.App. 460, 134 A.3d 388

Brault v. Montgomery Co. Dept. of Permitting Services—Pet. Docket No. 129 *—denied. Opinion of the Court of Special Appeals unreported (No. 195, Sept. Term, 2015).

Brooks, Kenneth A. v. State of Maryland—Pet. Docket No. 153 *—dismissed. Opinion of the Court of Special Appeals unreported (No. 148, Sept. Term, 2015).

Brooks, Ronald M., Sr. v. State of Maryland—Pet. Docket No. 112 *—dismissed. Application for leave to appeal denied by the Court of Special Appeals (No. 1560, Sept. Term, 2015).

---

* September Term, 2016